UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| FATEAMA MITCHELL, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DEPARTMENT OF HEALTH SERVICES (DSHS) et al., <br><br> Defendants. | Case No. C17-1308-RSM <br><br> ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS* |

After careful consideration of plaintiffs' application to proceed *in forma pauperis* ("IFP"), the governing law and the balance of the record, the Court ORDERS:

(1) Plaintiffs' application to proceed IFP, Dkt. 1, is GRANTED. Plaintiffs do not appear to have funds available to afford the $400.00 filing fee.

(2) The Clerk of the Court is directed to send a copy of this Order to plaintiffs and to the Honorable Ricardo S. Martinez.

DATED this 11th day of September, 2017.

*James P. Donohue*
JAMES P. DONOHUE
Chief United States Magistrate Judge

ORDER
PAGE - 1